898

E. L. EASON, Jr., Flora Ruth Eason and Lewis C. Eason, as Trustee of the Estate of Mildred Eason Stouffer, co-partners doing business as Eason Grinding Company, appellants, v. UNITED STATES of America, appellee.

No. 11649.

United States Court of Appeals
Ninth Circuit.

April 25, 1949.

Leo R. Friedman and Jos. I. McMullen, both of San Francisco, Cal., for appellants.

James M. Carter, U. S. Atty., and Clyde C. Downing and Bernard B. Laven, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

Judgment is affirmed. Sampson Motors v. United States, 9 Cir., 168 F.2d 878.

E. L. EASON, Jr., appellant, v. UNITED STATES of America, appellee.

No. 11648.

United States Court of Appeals
Ninth Circuit.

April 25, 1949.

Leo R. Friedman and Jos. I. McMullen, both of San Francisco, Cal., for appellants.

James M. Carter, U. S. Atty., and Clyde C. Downing and Bernard B. Laven, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

Judgment is affirmed. Sampson Motors v. United States, 9 Cir., 168 F.2d 878.

EAST OHIO GAS COMPANY, a Corporation, Petitioner, v. FEDERAL POWER COMMISSION.

No. 13782.

United States Court of Appeals
Eighth Circuit.

March 24, 1949.

William A. Dougherty and C. W. Cooper, both of New York City, for petitioner.

Bradford Ross, Gen. Counsel, Federal Power Commission, Lambert McAllister, Sp. Counsel, Federal Power Commission, and William S. Tarver, Atty., Federal Power Commission, all of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Federal Power Commission dismissed, on stipulation of parties.

Grovene James FINLEY v. Colonel G. G. PARKS, Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas.

No. 3781.

United States Court of Appeals
Tenth Circuit.

Feb. 8, 1949.

No appearance for appellant.

Lester Luther, U. S. Atty., and Malcolm Miller, Asst. U. S. Atty., both of Topeka, Kan. and Lt. Col. Nicholas R. Voorhis, Judge Advocate General's Office, of Washington, D. C., for appellee.

Before PHILLIPS, Chief Judge, HUXMAN, Circuit Judge, and SAVAGE, District Judge.

PER CURIAM.

Judgment affirmed, without opinion.